# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-7379 PA (Ex) | Date | November 23, 2022 |
|---|---|---|---|
| Title | Stacy Fennell v. Anthem, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - ORDER TO SHOW CAUSE

Before the Court is a unilateral 26(f) Report filed by defendant Elevance Health, Inc. (Docket No. 16.)  Plaintiff Stacy Fennell ("Plaintiff") participated in a meet and confer but did not participate in preparing the 26(f) Report.  (Id.)  Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Order Scheduling Meeting of Counsel, the parties are to submit a "joint report."  (See Docket No. 14.)  The Court's order further warns that "[t]he failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions.  (Id. at 3.)  Accordingly, the Court orders Plaintiff to show cause, in writing, on or before December 5, 2022, why the case should not be dismissed for Plaintiff's failure to participate in submitting the joint report.  The filing of a Joint 26(f) Report on or before December 5, 2022 shall be deemed a sufficient response to the order to show cause. Failure to respond to this Order by December 5, 2022 will result in the dismissal of Plaintiff's action without further warning.

    IT IS SO ORDERED.