JS-6

Johnny Rundell (SBN 289480)
Elias K. Fakhoury (SBN 334666)
**HERSHEY LAW, P.C.**
HELMER FRIEDMAN LLP
16255 Ventura Boulevard, Suite 1205
Encino, CA 91436
Telephone: (310) 929-2190
Facsimile: (310) 929-6060

Thy B. Bui (SBN 256383)
Lisa Yumi Mitchell (SBN 311407)
Ayan K. Jacobs (SBN 329934)
**CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone:  (310) 909-7775
Facsimile:   (424) 465-6630

Attorneys for Defendant
ELEVANCE HEALTH, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STACY FENNELL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTHEM, INC., and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-07379-PA-E<br><br>**ORDER RE: JOINT STIPULATION FOR BINDING ARBITRATION**<br><br>Action Filed:　　May 19, 2022<br>Removal Date:　October 11, 2022<br>Trial Date:　　　October 24, 2023 |

# ORDER

Pursuant the Stipulation of Plaintiff Stacy Fennell ("Plaintiff") and Defendant Elevance Health Inc. f/k/a Anthem, Inc. ("Elevance Health" or "Defendant"), and for good cause showing, IT IS SO ORDERED:

1. Plaintiff shall arbitrate the claims asserted in this Action in accordance with the Arbitration Policy that is attached as **Exhibit A** to the Parties' Joint Stipulation and the terms of the Stipulation itself.

2. Because the Parties have agreed to submit this entire action to binding arbitration, the Court concludes that a valid agreement to arbitrate exists and that it encompasses each of the claims at issue in this action. Having referred Plaintiff's claims to arbitration, the Court DISMISSES the action without prejudice. *See Thinket Ink Info. Res., Inc. v. Sun Microsystems, Inc.*, 368 F.3d 1053, 1060 (9th Cir. 2004) (holding that district court did not err in dismissing claims subject to arbitration and noting that FAA allows but does not require a stay of court proceedings).

**IT IS SO ORDERED.**

Dated: January 4, 2023

_____
Percy Anderson
United States District Judge